

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00819-CR

**IN RE** Ross **HENDRICKS**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

On December 7, 2022, relator filed a *pro se* petition for writ of mandamus. Because relator is represented by trial counsel below, his *pro se* mandamus petition presented nothing for this court to review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, we denied relator's petition for writ of mandamus on December 28, 2022.

On January 19, 2023, relator filed a *pro se* motion for rehearing requesting this court reconsider the denial of his petition for writ of mandamus.[2] After consideration, relator's motion for rehearing is DENIED.

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2022CR11156, styled *State of Texas v. Ross Hendricks*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.

[2] Relator's filing is titled "Motion to Reverse Memorandum Opinion to Deny Petitioner's Writ of Mandamus Because of Error." We construe relator's filing as a motion for rehearing. *See* TEX. R. APP. P. 49.1.